

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| READYONE INDUSTRIES, INC., | § | |
| | § | No. 08-14-00135-CV |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | County Court at Law No. 5 |
| ROBERT CASILLAS, | | |
| | § | of El Paso County, Texas |
| Appellee. | | |
| | § | (TC# 2013-DCV-3700) |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the order denying the motion to compel arbitration. We therefore reverse the judgment of the court below and remand the cause to the trial court for further proceedings consistent with this opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF DECEMBER, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Chew, C.J. (Senior Judge)
Chew, C.J., (Senior Judge), sitting by assignment, Concurring